UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



VALUTRON, N.V., et al.

**JUDGMENT IN A CIVIL CASE**

v.

NCR CORPORATION

Case Number: C-3-81-444

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment will be entered in favor of Defendant and against Plaintiffs. Plaintiffs' Motion for Expenses, pursuant to Fed. R. Civ. P. 47, made orally during trial, is overruled. NCR's Request for Attorney Fees, pursuant to 35 U.S.C. §285 is overruled;

that the captioned case is hereby terminated.

August 18, 1992  
Date

Kenneth J. Murphy  
Clerk

J. Wonderly  
(By) Deputy Clerk

#170