RECEIVED
NOV 19 1992
KENNETH J. MURPHY, CLERK
DAYTON, OHIO

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

92 NOV 23 AM 8: 14

| | | |
|---|---|---|
| VALUTRON, N.V., et. al., | : | Case No. C-3-81-444 |
| | | (Judge Walter H. Rice) |
| Plaintiffs. | : | |
| vs. | : | AMENDED STIPULATION, AGREED ORDER AND ENTRY WAIVING |
| NCR CORPORATION, | : | CONFIDENTIALITY WITH REGARD TO TRIAL TRANSCRIPTS AND |
| Defendant | : | EXHIBITS |

The parties, through their respective counsel, hereby amend the Stipulation, Agreed Order and Entry Waiving Confidentiality with Regard to Trial Transcripts and Exhibits to specifically include NCR's responses to Valutron's interrogatories Nos. 3, 7, 30 and 37-42, which were contained as parts of Valutron's trial exhibit PX-65.

It appearing to the Court that the parties have agreed that the Stipulation, Agreed Order and Entry Waiving Confidentiality with Regard to Trial Transcripts and Exhibits filed herein on October 27, 1992 may be amended as set forth herein, it is therefore

ORDERED AND DECREED that NCR's responses to Valutron's interrogatories Nos. 3, 7, 30 and 37-42 which are parts of Valutron's trial exhibit PX-65 no longer be deemed "confidential" and that such documents may now be unsealed.

_____
Honorable Walter H. Rice,
United States District Judge

_____
Howard P. Krisher, Trial Attorney
#0009088
BIESER, GREER & LANDIS of counsel
400 Gem Plaza, 3rd & Main Streets
Dayton, Ohio 45402
Telephone: (513) 223-3277
Counsel for Valutron, N.V., et al.

_____
Armistead W. Gilliam, Jr., Esq.
#0022082
Faruki, Gilliam & Ireland
10 North Ludlow Street
600 Courthouse Plaza, S.W.
Dayton, Ohio 45402
Counsel for NCR Corporation

#178